# United States District Court
## Northern District of Illinois
**Eastern Division**

PALANTIR.NET, INC.                  **JUDGMENT IN A CIVIL CASE**

       v.                                     Case Number: 07 C 4271

PALANTIR TECHNOLOGIES, INC.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants defendant Palantir Technologies' motion to transfer this case to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. § 1404 [doc. no. 11-2]. The Clerk of the Court is hereby ordered to transfer this case to that court.

                                           Michael W. Dobbins, Clerk of Court

Date: 11/27/2007                          _____

                                            /s/ Carole J. Gainer, Deputy Clerk