AO279, TERMED, TRANSFER, VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04271
### Internal Use Only

Palantir.net, Inc. v. Palantir Technologies, Inc.
Assigned to: Honorable Ronald A. Guzman
Cause: 15:1051 Trademark Infringement

Date Filed: 07/30/2007
Date Terminated: 11/27/2007
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

EMC

### Plaintiff

**Palantir.net, Inc.**
*an Illinois corporation*

represented by **Thomas D. Rosenwein**
Gordon, Glickman, Flesch & Rosenwein
140 South Dearborn
Suite 404
Chicago, IL 60603
(312) 346-1080
Fax: (312) 346-3708
Email: trosenwein@lawggf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don E. Glickman**
Gordon, Glickman, Flesch & Rosenwein
140 South Dearborn Street
Suite 404
Chicago, IL 60603
(312) 346-1080
Fax: (312) 346-3708
Email: dglickman@lawggf.com
*ATTORNEY TO BE NOTICED*

**James A. Flesch**
Gordon, Glickman, Flesch & Rosenwein
140 South Dearborn Street
Suite 404
Chicago, IL 60603
(312) 346-1080
Fax: (312) 346-3708
Email: jaflesch@lawggf.com



A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY Maya Burke
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
12-12-07

=

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Palantir Technologies, Inc.**
*a Delaware corporation*

represented by **Daniel Paul Albers**
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313
Email: dalbers@btlaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan Paul Froemel**
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, IL 60606
(312)357-1313
Email: jfroemel@btlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2007 | 1 | COMPLAINT filed by Palantir.net, Inc. (Exhibit); Jury Demand.(mb, ) (Entered: 07/31/2007) |
| 07/30/2007 | 2 | CIVIL Cover Sheet (mb, ) (Entered: 07/31/2007) |
| 07/30/2007 | 3 | (Court only) RECEIPT regarding payment of filing fee paid on 7/30/2007 in the amount of $350.00, receipt number 10723931 (mb, ) (Entered: 07/31/2007) |
| 07/30/2007 | 4 | SUMMONS Issued as to Defendant Palantir Technologies, Inc. (mb, ) (Entered: 07/31/2007) |
| 07/30/2007 | 6 | ATTORNEY Appearance for Plaintiff Palantir.net, Inc. by Thomas D. Rosenwein (mb, ) (Entered: 08/02/2007) |
| 07/30/2007 | 7 | ATTORNEY Appearance for Plaintiff Palantir.net, Inc. by James A. Flesch (mb, ) (Entered: 08/02/2007) |
| 07/30/2007 | 8 | ATTORNEY Appearance for Plaintiff Palantir.net, Inc. by Don E. Glickman (mb, ) (Entered: 08/02/2007) |
| 07/31/2007 |  | MAILED trademark report to Patent Trademark Office, Alexandria, VA (mb, ) (Entered: 07/31/2007) |

| | | |
|---|---|---|
| 07/31/2007 | | MAILED to plaintiff(s) counsel Lanham Mediation Program materials (mb, ) (Entered: 07/31/2007) |
| 08/01/2007 | 5 | AFFIDAVIT of Service filed by Plaintiff Palantir.net, Inc. regarding Summons *to Palantir Technologies, Inc.* served on Palantir Technologies, Inc. on 7/30/07 (Rosenwein, Thomas) (Entered: 08/01/2007) |
| 08/02/2007 | 9 | MINUTE entry before Judge Ronald A. Guzman :The Court orders the parties to appear for an initial appearance and status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov.Status hearing set for 9/28/2007 at 09:30 AM.Mailed notice (cjg, ) (Entered: 08/02/2007) |
| 08/27/2007 | 10 | ATTORNEY Appearance for Defendant Palantir Technologies, Inc. by Jonathan Paul Froemel (Froemel, Jonathan) (Entered: 08/27/2007) |
| 09/27/2007 | 11 | MOTION by Defendant Palantir Technologies, Inc. to dismiss *or in the alternative to transfer* (Froemel, Jonathan) (Entered: 09/27/2007) |
| 09/27/2007 | 12 | MEMORANDUM by Palantir Technologies, Inc. in support of motion to dismiss 11 (Attachments: # 1 Declaration of Dr. Alexander Karp# 2 Declaration of Dwight D.Lueck# 3 Exhibit A - E of Lueck Declaration# 4 Exhibit F Part 1 of Lueck Declaration# 5 Exhibit F Part 2 of Lueck Declaration)(Froemel, Jonathan) (Entered: 09/27/2007) |
| 09/27/2007 | 13 | NOTICE of Motion by Jonathan Paul Froemel for presentment of motion to dismiss 11 before Honorable Ronald A. Guzman on 10/2/2007 at 09:30 AM. (Froemel, Jonathan) (Entered: 09/27/2007) |
| 09/28/2007 | 14 | MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 9/28/2007. Status hearing set for 10/12/2007 at 09:30 AM. Motion by Defendant Palantir Technologies, Inc. to dismiss or in the alternative to transfer 11 stayed until the next status hearing. Mailed notice (cjg, ) (Entered: 10/01/2007) |
| 10/04/2007 | 15 | ATTORNEY Appearance for Defendant Palantir Technologies, Inc. by Daniel P. Albers. (Attachments: # 1 Appearance and certificate of service. (Albers, Daniel). (Text edited by Clerk's Office). Modified on 10/11/2007 (ar, ). (Entered: 10/04/2007) |
| 10/12/2007 | 16 | MINUTE entry before Judge Ronald A. Guzman : Status hearing held on 10/12/2007. Set deadlines as to motion by Defendant Palantir Technologies, Inc. to dismiss or in the alternative to transfer 11 Response due by 10/26/2007. Reply due by 11/9/2007. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 10/12/2007) |
| 10/26/2007 | 17 | RESPONSE by Palantir.net, Inc. to MOTION by Defendant Palantir Technologies, Inc. to dismiss *or in the alternative to transfer* 11 (Rosenwein, Thomas) (Entered: 10/26/2007) |

| | | |
|---|---|---|
| 11/09/2007 | ●18 | REPLY by Defendant Palantir Technologies, Inc. *in Support of Its Motion to Dismiss, or in the Alternative to Transfer* (Froemel, Jonathan) (Entered: 11/09/2007) |
| 11/09/2007 | ●19 | CERTIFICATE of Service by Jonathan Paul Froemel on behalf of Palantir Technologies, Inc. regarding reply 18 (Froemel, Jonathan) (Entered: 11/09/2007) |
| 11/27/2007 | ●20 | MINUTE entry before Judge Ronald A. Guzman :For the reasons provided in this Minute Order, the Court grants defendant Palantir Technologies motion to transfer this case to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. §1404 [doc. no. 11-2]. The Clerk of the Court is hereby ordered to transfer this case to that court. Civil case terminated. Mailed notice (rbf, ) (Entered: 11/28/2007) |
| 11/27/2007 | ●21 | ENTERED JUDGMENT Signed by deputy clerk on 11/27/2007.(rbf, ) (Entered: 11/28/2007) |
| 11/28/2007 | ● | MAILED Patent report and copy of minute order dated 11/27/07 terminating case to Commissioner of Patents and Trademarks. (rbf, ) (Entered: 11/28/2007) |
| 12/12/2007 | ●22 | TRANSFERRED to the U.S. District Court for the Northern District of California the certified copy of transfer order and docket sheet via certified mail number 7007 0710 0003 4404 0573. (mb, ) (Entered: 12/12/2007) |